

**IT IS ORDERED as set forth below:**

**Date: October 26, 2015**

_____

C. Ray Mullins
U.S. Bankruptcy Court Judge

_____

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA   DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 14-65153-a998 |
| PAMELA ANNE MUSHTAQ, | CHAPTER 7 |
| Debtor. | |
| PAMELA ANNE MUSHTAQ, | ADVERSARY PROCEEDING NO. 15-05281-a998 |
| Plaintiff, | |
| v. | |
| DLJ MORTGAGE CAPITAL, INC. and SHAPIRO, SWERTFEGER & HASTY, LLP, | |
| Defendants. | |

## ORDER

**THIS MATTER** is before the Court on Defendants' Motion to Dismiss (the "Motion") (Doc. No. 3). On July 6, 2015, Plaintiff initiated this adversary proceeding by filing a complaint. On August 5, 2015, Defendants filed the Motion. Plaintiff had until August 19, 2015 to file a response. Plaintiff failed to file a response; consequently, the Motion is deemed unopposed pursuant to Bankruptcy Local Rule 7007-1(c).

The Supreme Court has held that "before a federal court may exercise personal jurisdiction over a defendant, the procedural requirements of service of summons must be satisfied." *Omni Capital Intern. v. Rudolf Wolff & Co., Ltd.,* 484 U.S. 97, 104 (1987). In an adversary proceeding, a plaintiff must serve on a defendant the summons, along with a copy of the complaint, and file proof of service of the same, in accordance with the Federal Rules of Bankruptcy Procedure. Pursuant to Bankruptcy Rule 7004(e), service must be made within 14 days after the issuance of the summons. When serving a domestic or foreign corporation, partnership or other unincorporated association, Bankruptcy Rule 7004(b)(3) requires a plaintiff to mail a copy of the summons and complaint to the attention of a corporate officer or agent. If service is not made in this manner, service is insufficient, and the Court may not exercise personal jurisdiction over the defendant.

Plaintiff filed the complaint on July 6, 2015. Defendants allege that they were never served with the summons and a copy of the complaint. Plaintiff also failed to file a certificate of service. Plaintiff's service thus fails to comply with Rule 7004 and the constitutional requirements of due process. *See In re Faulknow*, Case No. 04-43921-PWB, 2005 WL 102970, *2 (Bankr. N.D. Ga. Jan. 18, 2005). Accordingly,

**IT IS ORDERED** that the Motion be and is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that the above-styled adversary proceeding be and is hereby **DISMISSED**.

The Clerk's Office is directed to serve a copy of this Order upon Plaintiff, Defendants, and Defendants' counsel.

**END OF DOCUMENT**